Before STATE INDUSTRIAL BOARD, Respondent. VINNIE M. LYLE, Respondent, v. H. R. LYLE CIDER AND VINEGAR COMPANY and Another, Appellants.— Motion denied, without costs.

In the Matter of the Judicial Settlement of the Estate of CHARLES MULFORD, Deceased.— Motion granted.

In the Matter of the Application of HELEN M. O'BRIEN, Petitioner, against NEW YORK STATE TEACHERS' RETIREMENT BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted.

Before STATE INDUSTRIAL BOARD, Respondent. ANNA PLANOCKA, Respondent, v. ABENDROTH BROTHERS and Another, Appellants.— Motion denied, with ten dollars costs to the claimant.

Before STATE INDUSTRIAL BOARD, Respondent. PETER PSALDAS, Respondent, v. GRINNELL TAXI OPERATING CORPORATION and Another, Appellants.— Award unanimously affirmed, without costs.

Before STATE INDUSTRIAL BOARD, Respondent. ARTHUR PFEIFFER, Respondent, v. NATHAN SCHWEITZER COMPANY and Another, Appellants.— Motion denied.

Before STATE INDUSTRIAL BOARD, Respondent. JOSIE PROVENSON, Respondent, v. THE AQUATITE ENAMEL COMPANY and Another, Appellants.— Motion denied.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM MELICK, Relator, v. EARL H. GALLUP, County Judge, Albany County, New York.— Motion denied.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RUTLAND RAILROAD COMPANY, Respondent, v. THE STATE TAX COMMISSION, Appellant. Special Franchise Assessments, Towns of Madrid, Potsdam and Stockholm, for 1920.— Motion granted.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PHILIP GILLETT COLE, Relator, v. JOHN F. GILCHRIST and Others, Constituting the STATE TAX COMMISSION, Respondents.— Motion granted.

GUSTAVUS A. ROGERS, Appellant, v. ANDREW BOEHM and Another, Respondents.— Order unanimously affirmed, with ten dollars costs and disbursements.

Before STATE INDUSTRIAL BOARD, Respondent. RAFAELA RODRIGUEZ, Respondent, v. WILSON & COMPANY, Appellant.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. HARRY D. ROTHWELL, Respondent, v. SHIPLEY CONSTRUCTION AND SUPPLY COMPANY and Another, Appellants. — Motion denied.

GERTRUDE A. SCHRAMM, Respondent, v. FRANK TATRO, Appellant.— Motion denied, with ten dollars costs.

Before STATE INDUSTRIAL BOARD, Respondent. CARROIS TODDRA, Respondent, v. READ-CODDINGTON ENGINEERING COMPANY and Another, Appellants.— Motion granted.

HOYT S. VROMAN, Appellant, v. CORA W. VROMAN, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

Before STATE INDUSTRIAL BOARD, Respondent. NICK ZENNER, Respondent, v. JOSEPH LIPKOFF, Appellant.— Motion granted, with ten dollars costs to the State Industrial Board.